## BIRMINGHAM RAILWAY L. & P. CO. V. HUEY.

### *Action for Damages.*

(Decided May 24, 1909.   49 South. 678.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

ANDERSON, J.—Count 1 was not subject to the demurrer interposed.

Affirmed.

DOWDELL, C. J., McCLELLAN and SAYRE, JJ., concur.

---

## BUFFORD V. CITY OF BIRMINGHAM.

### *Violating City Ordinance.*

(Decided May 20, 1909.   49 South. 751.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. C. HOWZE.

JOHN T. GLOVER, for appellant.

J. Q. SMITH, for appellee.

ANDERSON, J.—Reversed and remanded on the authority of *Ryan v. City of Birmingham*, 160 Ala. 261; 49 South. 749.

DOWDELL, C. J., McCLELLAN and SAYRE, JJ., concur.